FILED15 JUN '22 10:15USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
_Portland_ _ DIVISION

Derek Bluford
_____

_(Enter full name of plaintiff(s))_

**Plaintiff(s),**

v.

Mr. Brent Cray
Mrs. Ayala-Pena
_(Enter full name of ALL defendant(s))_

**Defendant(s).**

**Civil Case No.** 3:22-cv-00874-SI
_(to be assigned by Clerk of the Court)_

**APPLICATION TO PROCEED**
**_IN FORMA PAUPERIS_**

I. Derek Bluford . declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915. I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application. I answer the following questions:

1.  Are you currently incarcerated?  ☑ Yes    ☐ No

    If "Yes," state the place of your incarceration: Federal Bureau of Prisons - FCI Sheridan

    **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.  Are you currently employed?   ☐ Yes ☑ No  ☐ Self-employed

    a.  If the answer is "Yes." state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ _(specify pay period)_

Revised March 1, 2017
Page 1

USDC - Oregon

b.    If the answer is "No." state:

Name of last employer: ___Self-employed previously___

Address of last employer: _980 9th Street, Sacramento, CA 95814_

Date of last employment: _2020 -_

Amount of take-home salary or wages: $_2,000_ per _month_ (*specify pay period*)

3.    Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☑ Not applicable

a.    If the answer is "Yes." state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ (*specify pay period*)

b.    Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☑ No

Please explain your answer below:

_____
_____
_____
_____

c.    If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☑ No   If the answer is "No." please explain below:

_Seperated / File Seperated_____
_____
_____
_____

4.    In the past 12 months have you received any money from any of the following sources?

a.    Business. profession. or other self-employment  ☐ Yes  ☑ No

If "Yes," state:  Amount received:         $ _____

Amount expected in future:    $ _____

b.    Rent payments. interest. or dividends      ☐ Yes  ☑ No

If "Yes," state:  Amount received:         $ _____

Amount expected in future:    $ _____

c.  Pensions, annuities, or life insurance payments   ☐ Yes  ☑ No

If "Yes," state:  Amount received:              $ _____

Amount expected in future:   $ _____

d.  Disability or workers' compensation payments   ☐ Yes  ☑ No

If "Yes," state:  Amount received:              $ _____

Amount expected in future:   $ _____

e.  Gifts or inheritances                        ☑ Yes  ☐ No

If "Yes," state:  Amount received:              $ Between 300+ (Receipts / Balance Attached)

Amount expected in future:   $ ∅ _____

f.  Any other sources                            ☐ Yes  ☑ No

If "Yes," state:  Source: _____

Amount received:              $ _____

Amount expected in future:   $ _____

5.  Do you have cash or checking or savings accounts?   ☑ Yes  ☐ No
(including prison trust accounts)?

If "Yes," state the total amount: $ 69.20 _____

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or
other valuable property?    ☐ Yes  ☑ No

If "Yes," describe the asset(s) and state the value of each asset listed:

_____

_____

_____

_____

7.  Do you have any other assets?    ☐ Yes  ☑ No

If "Yes," list the asset(s) and state the value of each asset listed:

_____

_____

_____

_____

_____

_____

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?     ☐ Yes  ☑ No

If "Yes," describe and provide the amount of the monthly expense:

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

n/a

10. Do you have any debts or financial obligations?     ☑ Yes  ☐ No

If "Yes," describe the amounts owed and to whom they are payable:

$558,503.16 in Restitution (Criminal Case USA vs. Bluford)
Case # 2:18-cr-0008-JAM

• Monthly payments from all funds (commensurate) received in my Prison Trust Account.

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

6-12-2022
DATE

SIGNATURE OF APPLICANT

Derek Bluford
PRINTED NAME OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that _____ (name of applicant) has the sum of $_____

on account to his/her credit at _____ (name of institution).   I

further certify that during the past six months the applicant's average monthly balance was $_____.

I further certify that during the past six months the average of monthly deposits to the applicant's account

was $_____.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

_____          _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

I Derek Bluford certify that I have the sum of $69.20 on my account, and have attached the last 6 months of my account transactions, showing my account balance, available balance, my full name, and items purchased. I further certify that these receipts were provided to me by an official staff at my institution.

_____          _____
6-12-2022                        D---B
Date                             Signature

6 Months of Receipts

```
Sales Invoice  ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF57033
BLUFORD, DEREK
02/18/2022 08:22:04 AM TX#5960410    31
------------------------------------------
BEGINNING BALANCES:
Available Balance is $105.55
Spending Limit Balance is $20.50
Account Balance is $105.55
==========================================
Qty   Description              Price
==========================================
 1 BOOK FOREVER STAM         $11.60
 1 ENVELOPES/WHITE 2          $1.75
 3 ENVELOPES 20653 5          $0.60
 1 TOLNAFLATE ANTI F          $1.30
 1 GREETING CARD   6          $0.65
 1 LEGAL PAD/WHITE 8          $1.50
 1 MULTIVITAMIN DAIL          $3.00
 1 DIAL SOAP 72/CS            $1.15
 5 IBUPROFEN  200MG           $0.75

           Total             $22.30

Charge 77108097    $22.30
------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $83.25
Spending Limit Balance is $14.85
Account Balance is $83.25
------------------------------------------


------------------------------------------
Signature

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice  ---S.R.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF57033
BLUFORD, DEREK
03/11/2022 08:02:36 AM TX#5970507    22
--------------------------------------------
BEGINNING BALANCES:
Available Balance is $98.00
Spending Limit Balance is $19.35
Account Balance is $98.00
============================================
Qty   Description              Price
============================================
 1 BOOK FOREVER STAM        $11.60
 1 DIAL SOAP 72/CS           $1.15
 1 GREETING CARD   6         $0.65
 5 IBUPROFEN  200MG          $0.75
 1 COUGH SF HALLS BL         $1.75
 1 COUGH DROP SF HL          $1.75
 3 ENVELOPES 20653 5         $0.60
 1 LEGAL PAD/WHITE 8         $1.50


              Total          $19.75

Charge 77108097    $19.75
--------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $78.25
Spending Limit Balance is $15.45
Account Balance is $78.25
--------------------------------------------


--------------------------------------------
Signature

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice  ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF57033
BLUFORD, DEREK
04/15/2022 07:33:49 AM TX#5986425    25
------------------------------------------
BEGINNING BALANCES:
Available Balance is $72.55
Spending Limit Balance is $18.95
Account Balance is $72.55
==========================================
Qty  Description               Price
==========================================
  1 BOOK FOREVER STAM        $11.60
  1 DIAL SOAP 72/CS           $1.15
  5 IBUPROFEN  200MG          $0.75
  1 GREETING CARD             $0.90

              Total          $14.40

Charge 77108097    $14.40
------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $58.15
Spending Limit Balance is $16.90
Account Balance is $58.15
------------------------------------------


------------------------------------------
Signature

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice    --S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097       TF57033
BLUFORD, DEREK
05/06/2022 09:10:24 AM TX#5995724    22
----------------------------------------
BEGINNING BALANCES:
Available Balance is $25.00
Spending Limit Balance is $21.70
Account Balance is $25.00
========================================
Qty   Description              Price
========================================
 1 BOOK FOREVER STAM        $11.60
 1 COUGH DROP SF HL          $1.75
 1 GREETING CARD             $0.90
 3 ENVELOPES 20653 5         $0.60

            Total           $14.85

Charge 77108097    $14.85
----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $10.15
Spending Limit Balance is $20.20
Account Balance is $10.15
----------------------------------------


Signature-------------------------------

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice   -- S.B.U. --
Sheridan FCI
MAIN
Account No. 77108097        TF57033
BLUFORD, DEREK
06/10/2022 07:37:32 AM TXN6012813    39
------------------------------------------
BEGINNING BALANCES:
Available Balance is $84.20
Spending Limit Balance is $19.15
Account Balance is $84.20
==========================================
Qty   Description                 Price
==========================================
 1 BOOK FOREVER STAM          $11.80
 1 DIAL SOAP 72/CS             $1.30
 5 ASPIRIN FREE PACK           $0.75
 5 IBUPROFEN  200MG            $0.75
 3 ENVELOPES 20&53 5           $0.60

              Total           $15.00

Charge 77108097     $15.00
------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $69.20
Spending Limit Balance is $17.25
Account Balance is $69.20
------------------------------------------


------------------------------------------
Signature

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```